**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Muhammed Zbeida TILLISY,
Defendant–Appellant.**

No. 05–30449.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 23, 2006.*

Filed Nov. 17, 2006.

Thomas O. Rice, Esq., Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Gerald R. Smith, Esq., Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

Before: KOZINSKI, and FERNANDEZ, Circuit Judges, and WINMILL,** District Judge.

### MEMORANDUM***

Muhammed Zbeida Tillisy appeals his sentence which arose out of his conviction for conspiracy to commit credit card fraud. *See* 18 U.S.C. § 1029(b)(2). He asserts that his sentence was unreasonable. We affirm.

We have carefully reviewed the record and have determined that based on Tilli-

sy's criminal history, the other facts before the district court, and the district court's discussion of the evidence before it, we cannot say that the sentence was unreasonable. *See United States v. Booker*, 543 U.S. 220, 261, 125 S.Ct. 738, 765, 160 L.Ed.2d 621 (2005); *United States v. Knows His Gun*, 438 F.3d 913, 918–19 (9th Cir.), *cert. denied*, —— U.S. ——, 126 S.Ct. 2913, 165 L.Ed.2d 931 (2006); *United States v. Cantrell*, 433 F.3d 1269, 1280–81 (9th Cir.2006).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** The Honorable B. Lynn Winmill, Chief United States District Judge for the District of Idaho, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

